RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE REGIS HOUSE, JR.; individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER IQ, INC.; and DOES 1-100,<br><br>Defendants. | Case No.: 5:11-cv-6200-LHK (PSG)<br><br>**STIPULATION FOR CONTINUANCE OF TIME FOR DEFENDANT CARRIER IQ, INC. TO RESPOND TO COMPLAINT AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

WHEREAS the above-referenced plaintiff filed the above-captioned case;

WHEREAS the above-referenced plaintiff alleges violations of the Federal Wiretap Act and other laws by the defendant in this case;

WHEREAS over 60 other complaints have been filed to-date in federal district courts throughout the United States by plaintiffs purporting to bring consumer privacy class actions on behalf of cellular telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. ("Carrier IQ") is or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Sec. 1407, and responses to the motion supporting coordination or consolidation have been filed;

WHEREAS, the parties anticipate that one or more consolidated complaints will be filed following transfer and consolidation of the CIQ cases;

WHEREAS plaintiff and defendant Carrier IQ have agreed that an orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for the parties and for the Court;

WHEREAS plaintiff agrees that the deadline for defendant Carrier IQ to answer, move, or otherwise respond to their complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CIQ cases in the MDL transferee court; or (2) forty-five days after plaintiff provides written notice to defendants that plaintiff does not intend to file a consolidated amended complaint in the MDL transferee court; or (3) as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, Carrier IQ will respond to the complaint in the above-captioned action on that earlier date;

WHEREAS, in light of the pending MDL Motion, the parties have agreed that the dates for ADR certification and selection, currently set for February 15, 2012, initial disclosures and the filing of Rule 26(f) reports and Case Management Conference statement, currently set for

February 29, 2012, and the Initial Case Management Conference, currently scheduled for March 7, 2012, be stayed until further order from this Court, or as otherwise ordered by the MDL transferee court if the MDL Motion is granted;

WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS plaintiff and defendant Carrier IQ agree that preservation of evidence in the CIQ cases is vital, that defendant has received litigation hold letters, that it is complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence;

Now, therefore, pursuant to Civil Local Rule 7-12, plaintiff and defendant Carrier IQ, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for Carrier IQ to answer, move, or otherwise respond to Plaintiff's removed complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in the CIQ cases in the MDL transferee court; or forty-five days after plaintiff provides written notice to defendant Carrier IQ that plaintiff does not intend to file a Consolidated Amended Complaint in the MDL transferee court; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, except by court order, Carrier IQ will respond to the complaint in the above-captioned case on that earlier date.

2. The dates for ADR certification and selection, currently set for February 15, 2012, initial disclosures and the filing of Rule 26(f) reports and Case Management Conference statement, currently set for February 29, 2012, and the Initial Case Management Conference, currently scheduled for March 7, 2012, are stayed until further order from this Court, or as otherwise ordered by the MDL transferee court if the MDL Motion is granted.

1         3. This Stipulation does not constitute a waiver by Carrier IQ of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

       4. As a condition of entry into this Stipulation, defendant Carrier IQ and plaintiff agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

DATED: February 13, 2012         WASSERMAN, COMDEN, CASSELMAN & MEEKER

By /s/ Jesse B. Levin
Jesse B. Levin (CSB No. 268047)
jlevin@wccelaw.com
Melissa Meeker Harnett (CSB No. 164309)
mharnett@wccelaw.com
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Ph: (818) 705-6800
Fax: (818) 996-8266

*Attorneys for Plaintiffs*

DATED: February 13, 2012         FENWICK & WEST LLP

By /s/ Rodger R. Cole
Rodger R. Cole (CSB NO. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB NO. 272950)
mmelcher@fenwick.com
801 California Street
Mountain View, CA 94041
Ph: 650.988.8500
Fax: 650.938.5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Defendant Carrier IQ, Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION FOR CONTINUANCE      4      No. 5:11cv6200-LHK (PSG)

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE REGIS HOUSE, JR.; individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER IQ, INC.; and DOES 1-100,<br><br>Defendants. | Case No.: 5:11-cv-6200-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF TIME FOR DEFENDANT CARRIER IQ, INC. TO RESPOND TO COMPLAINT AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Pursuant to stipulation, it is SO ORDERED.

Dated: February 16, 2012

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER   No. 5:11cv6200-LHK (PSG)